**CERTIFIED MAIL**

Luis Sanchez Diaz, #18153-069
FCC Coleman-USP-1
P.O. Box 1033
Coleman, Florida 33521-1033

7007 2680 0003 1196 0617

Clerk of the Court
U.S. District Court
Room 150 Federal BLDG
San Juan, Puerto Rico 00918

LEGAL MAIL

RETURN RECEIPT REQUESTED