✎AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

District of Puerto Rico

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No: 99-255-006 (JAG) |
| LUIS SANCHEZ-DIAZ ) | USM No: 18153-069 |
| Date of Previous Judgment: Sept. 7, 2000 ) | Melanie Carrillo, AFPD; Francisco Rebollo |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  **X** the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  **X DENIED.**  ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: _____      Amended Offense Level: _____
Criminal History Category: _____   Criminal History Category: _____
Previous Guideline Range: _____ to _____ months   Amended Guideline Range: _____ to _____ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
Other (explain):

**III. ADDITIONAL COMMENTS**
**The presentence report prepared in this case used the following amount for guideline computation purposes: At the time of sentencing, the Court found the defendant responsible for the possession with intent to distribute at least five (5), but less than fifteen (15) kilograms of cocaine. As such, this is not a crack cocaine case.**

Except as provided above, all provisions of the judgment dated  Sept. 7, 2000  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  July 18, 2008                          s/Jay A. Garcia-Gregory
                                                    Judge's signature

Effective Date:  July 18, 2008                      Jay A. Garcia-Gregory, U.S. District Judge
(if different from order date)                      Printed name and title