IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff(s)**<br><br>v.<br><br>LUIS SANCHEZ-DIAZ,<br><br>**Defendant(s)** | **CIVIL NO.** 99-255 (JAG) |

### ORDER

Pursuant to Fed.R.App.P. 4(b)(4), the Court hereby enlarges defendant's time to file a notice of appeal by thirty (30) days. The Court finds that the fact that the counsel and defendant are in different jurisdictions created a strain in communication between them, which ultimately hindered on defendant's right to an appeal. Therefore, the situation stated above supports a finding of good cause or excusable neglect. Accordingly, defendant shall file the notice of appeal no later than September 9th, 2008.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 22th day of August 2008.

s/ Jay A. Garcia-Gregory<br>
JAY A. GARCIA-GREGORY<br>
United States District Judge