IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff,<br><br>　　　　　v.<br><br>LUIS SANCHEZ-DIAZ,<br>　　　Defendant | CRIMINAL NO.  99-255 (JAG) |

**NOTICE OF APPEAL**

TO THE HONORABLE COURT:

　　　Notice is hereby given by **Mr. Luis Sánchez-Díaz**, the defendant herein, that he respectfully appeals to the United States Court of Appeals for the First Circuit from the ORDER entered against him on July 18, 2008, entered on Docket on July 24, 2008, before Hon. Jay A. García-Gregory, United States District Judge for the District Court of Puerto Rico.

　　　RESPECTFULLY SUBMITTED.

　　　In San Juan, Puerto Rico, this 22nd day of August, 2008.

　　　　　　　　　　　　　　　　　　　　　**JOSEPH C. LAWS, JR.**
　　　　　　　　　　　　　　　　　　　　　**Federal Public Defender**
　　　　　　　　　　　　　　　　　　　　　**District of Puerto Rico**


　　　　　　　　　　　　　　　　　　　　　S/Melanie Carrillo-Jimenez
　　　　　　　　　　　　　　　　　　　　　MELANIE CARRILLO-JIMENEZ
　　　　　　　　　　　　　　　　　　　　　Assistant Federal Public Defender
　　　　　　　　　　　　　　　　　　　　　USDC-PR   225107
　　　　　　　　　　　　　　　　　　　　　241 F.D. Roosevelt Avenue
　　　　　　　　　　　　　　　　　　　　　San Juan, PR  00918-2441
　　　　　　　　　　　　　　　　　　　　　Phone No. (787) 281-4922
　　　　　　　　　　　　　　　　　　　　　Melanie_Carrillo@fd.org

USA v. Luis Sanchez-Diaz                                                                                         Page 2
Criminal No. 99-255 (JAG)

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties of record.

In San Juan, Puerto Rico, this 22nd day of August, 2008.

**JOSEPH C. LAWS, JR.**
**Federal Public Defender**
**District of Puerto Rico**

S/Melanie Carrillo-Jimenez
MELANIE CARRILLO-JIMENEZ
Assistant Federal Public Defender
USDC-PR  225107
241 F.D. Roosevelt Avenue
San Juan, PR  00918-2441
Phone No. (787) 281-4922
Melanie_Carrillo@fd.org